UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE JENNINGS(S),<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO, *et al.*,<br><br>    Defendants. | Case No. C17-406RSL<br><br>ORDER GRANTING WELLS FARGO BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS |

This matter comes before the Court on the motion to dismiss under Fed. R. Civ. P. 12(b)(6) of defendants Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc. (MERS). Dkt. # 7. Plaintiff has not opposed defendants' motion to dismiss, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the record in this matter and finds that plaintiff's claims against Wells Fargo Bank, N.A. and MERS are both time-barred and insufficiently pled. Defendants' motion is therefore GRANTED, and plaintiff's claims against Wells Fargo Bank, N.A. and MERS are hereby DISMISSED with prejudice.

Dated this 19th day of April, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO DISMISS - 1