UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUZANNE JENNINGS(S),

    Plaintiff,

v.

WELLS FARGO, *et al.*,

    Defendants.

No. C17-406RSL

ORDER DENYING MOTION
FOR RECONSIDERATION

This matter comes before the Court on plaintiff's motion for reconsideration of the Court's order dismissing all claims against Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems. Dkt. # 17. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff has not met this burden. Rather, plaintiff appears to argue that her TILA rescission letter deprived this Court of jurisdiction. Plaintiff does not address the grounds for the Court's order granting the defendants' motion to dismiss, namely, that plaintiff's claims – including the TILA claim on which plaintiff now relies – are time-barred and insufficiently pled. Accordingly, plaintiff has not shown manifest error or the existence of new facts or legal authority justifying reconsideration of the Court's order.

ORDER DENYING MOTION
FOR RECONSIDERATION

For all of the foregoing reasons, plaintiff's motion for reconsideration (Dkt. # 17) is DENIED.

SO ORDERED this 11th day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION -2-