UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUZANNE JENNINGS(S),

    Plaintiff,

v.

WELLS FARGO, *et al.*,

    Defendants.

Case No. C17-406RSL

ORDER GRANTING DUKE PARTNERS II, LLC'S MOTION TO DISMISS

This matter comes before the Court on the motion to dismiss under Fed. R. Civ. P. 12(b)(6) of defendant Duke Partners II, LLC. Dkt. # 10. Plaintiff has not opposed defendant's motion to dismiss, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the record in this matter and finds that plaintiff's claims against Duke Partners II, LLC are both waived and insufficiently pled. Defendant's motion is therefore GRANTED, and plaintiff's claims against Duke Partners II, LLC are hereby DISMISSED with prejudice.

Dated this 31st day of May, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO DISMISS - 1