UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
SUZANNE JENNINGS,                           )
                                            )
                        Plaintiff,          )   Case No. C17-406RSL
                                            )
          v.                                )
                                            )   ORDER TO SHOW CAUSE
WELLS FARGO, et al.,                        )
                                            )
                        Defendants.         )
_____)

On May 1, 2017, the Court issued an order requiring the parties to file a Joint Status Report by May 30, 2017. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, June 30, 2017, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of May 1, 2017. The Clerk is directed to place this Order to Show Cause on the Court's calendar for June 30, 2017.

DATED this 13th day of June, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE