UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE JENNINGS(S),<br><br>             Plaintiff,<br><br>      v.<br><br>WELLS FARGO, *et al.*,<br><br>             Defendants. | Case No. C17-406RSL<br><br>ORDER GRANTING DEFENDANTS QUALITY LOAN SERVICE CORP. OF WASHINGTON, ROBERT W. MCDONALD, ESQ. AND TRICIA WILLIS'S MOTION TO DISMISS AND DISMISSING REMAINING CLAIMS FOR FAILURE TO SHOW CAUSE |

This matter comes before the Court on the motion to dismiss under Fed. R. Civ. P. 12(b)(6) of defendants Quality Loan Service Corp. of Washington, Robert W. McDonald, Esq., and Tricia Willis. Dkt. # 24. Plaintiff has not opposed defendant's motion to dismiss, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the record in this matter and finds that plaintiff's claims against the above-named defendants are both waived and insufficiently pled. Defendants' motion is therefore GRANTED, and plaintiff's claims against Quality Loan Service Corp. of Washington, Robert W. McDonald, Esq., and Tricia Willis are hereby DISMISSED with prejudice.

ORDER GRANTING MOTION TO DISMISS
AND DISMISSING REMAINING CLAIMS - 1

1   Additionally, in light of plaintiff's failure to respond to the Court's Order to Show Cause
2   by June 30, 2017, Dkt. # 26, all of plaintiff's remaining claims are hereby DISMISSED. The
3   Clerk of Court is directed to enter judgment against plaintiff and in favor of defendants.

   Dated this 24th day of July, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO DISMISS
AND DISMISSING REMAINING CLAIMS - 2